# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**WILLIAM PEYTON**                                                                                   **PLAINTIFF**

**V.**                              **CASE NO. 5:14CV00386-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                      **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this day, Plaintiff William Peyton's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 5th day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE